No. 244, Misc.  RHEIM *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 217, Misc.  GREEN *v.* BOTT, GENERAL COUNSEL, NATIONAL LABOR RELATIONS BOARD.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied for the reason that application therefor was not made within the time provided by law.  28 U. S. C. § 2101 (c).

No. 24.  GULF RESEARCH & DEVELOPMENT CO. ET AL. *v.* LEAHY, U. S. DISTRICT JUDGE, ET AL., *ante,* p. 861; and

No. 25.  CARDOX CORPORATION *v.* C-O-TWO FIRE EQUIPMENT CO., *ante,* p. 861.  Petitions for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of these applications.

No. 51.  ARROWSMITH ET AL., EXECUTORS, ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 6;

No. 241.  MOTORS INSURANCE CORP. ET AL. *v.* ROBINSON, SUPERINTENDENT OF INSURANCE OF OHIO, ET AL., *ante,* p. 803;

No. 329.  COSTELLO *v.* UNITED STATES, *ante,* p. 874;

No. 353.  CHICAGO & NORTH WESTERN RAILWAY CO. *v.* UNITED STATES ET AL., *ante,* p. 871;

No. 358.  COPPERWELD STEEL CO. ET AL. *v.* UNITED STATES ET AL., *ante,* p. 871; and

No. 173, Misc.  LEWIS *v.* VIRGINIA, *ante,* p. 880.  Petitions for rehearing denied.

DECEMBER 15, 1952.

No. 447.  CROSS *v.* TUSTIN ET AL.

*Per Curiam:* The appeal is dismissed for the